IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAKOR ISSUES & RIGHTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-100-CFC |
| | ) | |
| GOOGLE LLC and WAZE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

WHEREAS Defendants Google LLC and Waze, Inc. moved for judgment in their favor on the pleadings based on the asserted patent's lack of patent-eligible subject matter under 35 U.S.C. § 101, and

WHEREAS, the Court studied the parties' briefing on the motion and held oral argument on the motion on September 30, 2020;

NOW THEREFORE, at Wilmington on this Thirtieth day of September in 2020, for the reasons stated during the oral argument, the Motion (D.I. 84) is GRANTED.

_____
United States District Judge